LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

**Attorneys for THE GEO GROUP, INC.**
**d/b/a LAS VEGAS COMMUNITY CORRECTIONAL CENTER**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR RENE CORADO, an individual,<br><br>Plaintiff,<br>vs.<br><br>THE GEO GROUP, INC., a Foreign Corporation d/b/a LAS VEGAS COMMUNITY CORRECTIONAL CENTER, DOES I through XV, DOE LVCCC STAFF I through X, ROE SUPERVISORY ENTITY I through X, and ROE Corporations I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00607-LDG-PAL<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant, The Geo Group, Inc. d/b/a Las Vegas Community Correctional Center ("Geo") by and through their attorneys, Kaempfer Crowell, and Oscar Rene Corado ("Plaintiff"), by and through his attorneys, Patti, Sgro, Lewis & Roger, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint ("Complaint").

1  The instant extension is requested as Geo's Counsel requires a few additional days to
2  complete the response to Plaintiff's Complaint.
3  Upon agreement by and between all the parties hereto as set forth herein, the undersigned
4  respectfully requests this Court grant an extension of time, up to and including April 20, 2015,
5  for Geo to file an answer or otherwise respond to Plaintiff's Complaint. By entering into this
6  Stipulation, none of the parties waive any rights they have under statute, law or rule with respect
7  to Plaintiff's Complaint.
8  DATED this 9th day of April, 2015.

9  KAEMPFER CROWELL                                  PATTI, SGRO, LEWIS & ROGER

11  By: /s/ Lyssa S. Anderson                        By: /s/ Andrew Sedlock
     LYSSA S. ANDERSON                                   Andrew Sedlock, Esq.
12   Nevada Bar No. 5781                                 720 S. Seventh Street, Third Floor
     RYAN DANIELS                                        Las Vegas, NV 89101
13   Nevada Bar No. 13094                                **Attorneys for Plaintiff**
     8345 West Sunset Road, Suite 250
     Las Vegas, Nevada 89113
14   **Attorneys for Defendant**

15                                                   **ORDER**

16  IT IS SO ORDERED.

                                                     _____
                                                     UNITED STATES DISTRICT COURT JUDGE
                                                     LLOYD D. GEORGE
                                                     DATED: _____10_____April 2015___