UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OSCAR RENE CORADO,<br><br>    Plaintiff,<br>v.<br><br>THE GEO GROUP, INC.,<br><br>    Defendant. | Case No. 2:15-cv-00607-LDG-PAL<br><br>ORDER<br><br>(Jt. Mot Stay – Dkt. #22) |

Before the court is the Joint Motion to Stay Discovery and Briefing/Ruling on GEO's Motion to Strike Plaintiff's Expert Disclosure [Docket No. 21] (Dkt. #22). The parties advise that a tentative settlement has been reached in this matter and request a stay of briefing and the hearing on GEO's Motion to Strike Plaintiff's Expert Disclosure (Dkt. #21) which is currently scheduled for January 19, 2016. The parties request 60 days to file a stipulation to dismiss or a joint status report advising when the stipulation will be received. Accordingly,

**IT IS ORDERED** that:

1. The Joint Motion to Stay Discovery and Briefing/Ruling on GEO's Motion to Strike Plaintiff's Expert Disclosure [Docket No. 21] (Dkt. #22) is **GRANTED**.
2. The hearing on GEO's Motion to Strike Plaintiff's Expert Disclosure (Dkt. #21) currently set for January 19, 2016, is **VACATED**.
3. The parties shall have until **February 18, 2016**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be received.

DATED this 14th day of January, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1