LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw..com

**Attorneys for Defendant**
***THE GEO GROUP, INC.***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR RENE CORADO, an individual,<br><br>Plaintiff,<br>vs.<br><br>THE GEO GROUP, INC., a foreign corporation, d/b/a LAS VEGAS COMMUNITY CORRECTIONAL CENTER, DOES I through XV, ROE SUPERVISORY ENTITY I through X, and ROE Corporations I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00607-LDG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Defendant The GEO Group, Inc., d/b/a Las Vegas Community Correctional Center ("GEO"), by and through its attorneys of record, Kaempfer Crowell; and Plaintiff, Oscar Rene Corado ("Corado"), by and through his attorneys Patti, Sgro, Lewis & Roger, and hereby stipulate and agree that all of Corado's claims against the Defendants, and each of them, in this matter are hereby dismissed in their entirety with prejudice, each party to bear their own attorney's fees

///

and costs.

DATED this 16th day of February, 2016.

| KAEMPFER CROWELL | PATTI, SGRO, LEWIS & ROGER |
|---|---|
| By: _____ *[signature]* | By: _____ *[signature]* |
| LYSSA S. ANDERSON | ANDREW D. SEDLOCK |
| Nevada Bar No. 5781 | Nevada Bar No. 9183 |
| 1980 Festival Plaza Drive, # 650 | 720 S. Seventh Street, Third Floor |
| Las Vegas, Nevada 89135 | Las Vegas, NV 89101 |
| **Attorneys for Defendant** | *Attorneys for Plaintiff* |
| ***THE GEO GROUP, INC.*** | |

**IT IS SO ORDERED.**

DATED this 19 day of February, 2016.

_____
SR. UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

1759373_1.docx 14334.6

Page 2 of 2